# Order

Michigan Supreme Court
Lansing, Michigan

May 4, 2006

130171

JOHN DOE,
     Plaintiff-Appellant,

v

DIOCESE OF LANSING, BISHOP CARL F.
MENGELING, BISHOP JAMES MURRAY,
ARCHDIOCESE OF SANTA FE, ARCHBISHOP
MICHAEL JAROBE SHEEHAN, ROBERT F.
SANCHEZ, f/k/a ARCHBISHOP ROBERT F.
SANCHEZ, THE SERVANTS OF THE
PARACLETE, ARCHBISHOP OF DETROIT,
CARDINAL ADAM JOSEPH MAIDA, BISHOP
THOMAS GUMBLETON, and JASON B.
SIGLER, f/k/a FATHER JASON B. SIGLER,
     Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130171
COA: 262274
Wayne CC: 04-413937-NZ

On order of the Court, the application for leave to appeal the November 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006
_____

_____
Clerk

t0427